IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| VIAHART, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Cause No. 6:19-cv-00406-JCB |
| | § | |
| ARKVIEW, LLC d/b/a MOO TOYS and d/b/a LEXIVON, et al. | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants.* | § | |

### NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES RELATING TO DEFENDANT ARKVIEW, LLC D/B/A MOO TOYS

Pursuant to the Court's Standing Order JCB-CV-41(b), Plaintiff Viahart, LLC and Defendant Arkview, LLC d/b/a Moo Toys ("Defendant" or "Arkview") file this their Notice of Settlement and Joint Motion to Stay all Deadlines Relating solely to Arkview.

The above-named Parties have settled in principle all matters in controversy and are continuing to negotiate remaining terms of settlement. On February 3, 2020, the Court issued an Order "to facilitate entry of a scheduling order and promote the possible early settlement of this case" (Dkt. No. 75). The Joint Report for the 26(f) conference is due by March 13, 2020. At this time, a Scheduling Order has not been issued in this case. Accordingly, the Parties hereto hereby respectfully request a stay of unreached deadlines until March 13, 2020 relating solely to Arkview.

Respectfully submitted,

/s/ Wendy B. Mills

Wendy B. Mills
Texas Bar No. 24032861
**WB Mills, PLLC**
14275 Midway Road, Suite 130
Addison, TX 75001
Telephone: (214) 969-5995
Email: wbm@wbmillslaw.com
**COUNSEL FOR PLAINTIFF VIAHART, LLC**


/s/ Aryeh Kaufman

Aryeh Kaufman, Esq.
*Admitted Pro Hac Vice*
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd. #1907
Los Angeles, California 90036
Tel: (323) 943-2566
Fax: (213) 4028598
Email: aryeh@akaufmanlegal.com
**Counsel for Defendant Arkview LLC**