UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00406

**Viahart, LLC,**
*Plaintiff,*
v.
**Arkview LLC et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

On February 28, 2020, plaintiff filed notice that it had settled with defendant Arkview LLC. Doc. 80. On March 16, 2020, the court extended the parties' deadline to file dismissal documents to March 26, 2020. No dismissal documents or relevant motions have been filed. Therefore, it is **ordered** that plaintiff and defendant Arkview shall file appropriate dismissal documents or a motion to reinstate deadlines within seven days of the date of this order. It is further **ordered** that plaintiff shall, within seven days of the date of this order, show cause why it should not be sanctioned for failure to obey an order of the court.

*So ordered by the court on April 21, 2020.*

J. CAMPBELL BARKER
United States District Judge